UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Jose Fernando Orozco Orozco,

        Defendant.

18 CR 00716 (AJN)

ORDER

DEC 0 2 2019

ALISON J. NATHAN, District Judge:

    The sentencing hearing in this case scheduled for today, December 2, 2019 at 12:45 pm will take place in Courtroom 11B at The Daniel Patrick Moynihan Courthouse located at 500 Pearl Street rather than Courtroom 906 at 40 Foley Square.

    SO ORDERED.

Dated: Dec 2, 2019
       New York, New York

                                              _____
                                              ALISON J. NATHAN
                                              United States District Judge