UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/21
```

United States of America,

–v–

Jose Fernando Orozco Orozco,

         Defendant.

18-cr-716 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per this Court's January 27, 2021 Order, the Government was to confer with BOP counsel and provide an update to the Court within two weeks of that Order.  Dkt. No. 44.  The Court is not in receipt of that letter.  The Government is hereby ORDERED to submit a status letter in accordance with Dkt. No. 44 on or before September 1, 2021.

    SO ORDERED.

Dated: August 18, 2021
       New York, New York

                                                        ALISON J. NATHAN
                                              United States District Judge