UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Jose Fernando Orozco Orozco,

            Defendant.

18-cr-716 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Mr. Orozco's attached letter requesting appointment of counsel. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, the Court hereby appoints John Kaley to represent Mr. Orozco for the purpose of filing a compassionate release motion.  On or before September 30, 2021, Mr. Kaley shall meet and confer with the Government and the parties shall jointly propose a briefing schedule.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Orozco.

    SO ORDERED.

Dated: August 23, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

8-4-21



Jose Fernando, Orozco Orozco
Case # 1:18 CR 00716-01 (AJN)

Dear, Honorable Alison J. Nathan
I have been incarcerated at the MDC jail in Brookly, NY, for the last 20 months. I have been sentenced since 12-2-19. I am requesting that you please appoint me a New atterney to assist me with my compassionate release motion, I need assistance with it, and i need an attorney to help. I hope and Pray that this letter finds you and that you can help me in a time of need. thank you and god bless as well...

8-4-21
[signature]