UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/21

United States of America,

–v–

Jose Fernando Orozco Orozco,

           Defendant.

18-cr-716 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received the attached letter from Mr. Orozco on August 26, 2021. The Court appointed counsel for Mr. Orozco in its order dated August 23, 2021, and thus will take no action on the attached letter. *See* Dkt. No. 46.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Orozco and to note that mailing on the public docket.

    SO ORDERED.

Dated: August 30, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

8-18-21   # 17327-004



Jose, Fernando Orozco, Orozco
1:18 CR 00716-01 (AJN)

Dear, honorable Alison, Nathan,
   I have recently sent you a letter requesting you appoint me a new attorney to help me with a few important things, but i sent it to the old court addresse. So im here resending to the apropiate addresse, I have been incarcerated at the MDC for the last 20 months in counting. I would like to ask you and the courts to appoint me a new attorney to assist me with my (3582) motion, please and thank you, your honor.

respectfully written By

[signature]