# DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2021

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

November 18, 2021

**BY ECF**
Hon. Alison J Nathan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> The briefing schedule ordered at Dkt. No. 54 is hereby adjourned sine die. Counsel shall filed a status letter on or before December 6, 2021. SO ORDERED.
>
> *[signature]*
> 11/18/2021

Re: *United States v. Orozco Orozco*, 18 Cr. 716 (AJN)

Dear Judge Nathan:

I was appointed to represent the defendant Jose Fernando Orozco Orozco in the above referenced matter for the purpose of assisting the defendant in filing a motion for compassionate release. Since my letter to the Court of October 29, 2021 (made before I had been able to make contact with the defendant) which proposed a motion briefing schedule, I have since been able to speak with Mr. Orozco. Our first conversation occurred on November 3, 32021. In that conversation, Mr. Orozco advised me that he believed that his family had or was in the process of retaining counsel to bring on a motion for compassionate release. Not wanting to leave Mr. Orozco unrepresented, we agreed to speak again after Mr. Orozco confirmed that his family had retained counsel. We had a follow-up call on November 8, 2021. During that call, Mr. Orozco again advised me that he believed that his family has or was hiring counsel for him. He asked me to set up another legal call so that he could confirm whether or not his family had retained counsel for him. I scheduled such a call with the facility for November 15, 2021. That scheduled call from the facility to me never happened for reasons I do not know. I have attempted to follow up and left a message for the person who had set up the prior calls and am waiting for a response. Given the defendant's representations that he believed that his family had retained or was in the process of hiring counsel, while I have reviewed the case filings on

Honorable Alison J Nathan                  2                  November 18, 2021

Pacer I have not wanted to dive into this and expend CJA resources if Mr. Orozco's family has retained counsel.

All of which is a preamble to the within request that the current motion briefing schedule in this matter be replaced by a status letter from the undersigned to be filed within two weeks of the current motion filing date of November 22, 2021, that is, on or before December 6, 2021. In the interim, I will endeavor to confirm whether or not the defendant's family has retained counsel. If the defendant's family has not retained counsel and does not have plans to do so, I will advise the Court and request an updated motion schedule at that time. If the defendant's family has retained counsel, I will advise the Court of that as well.

I have discussed this application with AUSA Ashley Nicolas who has advised me that the Government does not object to this request.

Thank you for Your Honor's consideration of the foregoing.

Respectfully submitted,

John F. Kaley

cc: AUSA Ashley Nicolas (via ECF filing and email)