# Retureta & Wassem, P.L.L.C.

Attorneys at Law
300 New Jersey Avenue, NW ~ Suite 900
Washington, D.C. 20001
www.retuetawassem.com
(202) 450-6119

Manuel J. Retureta, Esq.
mjr@retuetawassem.com

December 12, 2021

*By ECF*

The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall
  United States Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/21

Re:   *United States v. Orozco Orozco,* 18 Cr. 716 (AJN)
      Joint Scheduling Submission

Dear Judge Nathan:

Per the Court's memo endorsement order of December 9, 2021, defense and government counsel have conferred and herein submit this proposed filing schedule for Mr. Orozco Orozco's motion for compassionate relief: defense pleading filed by no later than January 31, 2022; and, government response filed by no later than February 25, 2022.

SO ORDERED.

Respectfully submitted,

*/s/ Manuel J. Retureta*

Manuel J. Retureta, Esq.

*Alison J. Nathan*
12/13/21

cc: All Parties (via ECF filing)